UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 11 P 12: 05

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR1116-W |
| Plaintiff ) | CRIMINAL NO. 08mj0952 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Marcelino Molino-Balderama ) | Booking No. 07975298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Jacobo Fernandez-Garcia

DATED: 4/11/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082